IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01992–KMT

ELIZABETH KOLECKE,
JOSHUA JOHNSON,
DONNA MILBERGER,
JONATHAN RAFFERTY,
MATTHEW KELLY,
JOHN BLANCHARD,
CHRISTOPHER RASH,
ERIN RAFFERTY,
KIMBERLY DAWSON,
JUDITH RAFFERTY-EVANS,
YOLANDA HILTWEIN, and
ARIEL LANE,

    Plaintiffs,

v.

WEST CUSTER COUNTY HOSPITAL DISTRICT,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's Initial Disclosures. (Doc. No. 21, filed Oct. 1, 2014.) Under Fed. R. Civ. P. 5(d), "disclosures under Rule 26(a)(1) or (2) . . . must not be filed until they are used in the proceeding or the court orders filing." Because they are not necessary to the proceeding at this juncture, and the court has not otherwise ordered their filing, Plaintiff's Initial Disclosures (Doc. No. 21) are STRICKEN.

Dated: October 2, 2014