IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-01992-CMA-KMT

ELIZABETH KOLECKE,
JOSHUA JOHNSON,
DONNA MILBERGER,
JONATHAN RAFFERTY,
MATTHEW KELLY,
JOHN BLANCHARD,
CHRISTOPHER RASH,
ERIN RAFFERTY,
KIMBERLY DAWSON,
JUDITH RAFFERTY-EVANS,
YOLANDA HILTWEIN,
ARIEL LANE,

     Plaintiffs,

v.

WEST CUSTER COUNTY HOSPITAL DISTRICT,

     Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

     Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 43), signed by the attorneys for the parties hereto, it is

     ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs, including those incurred in preparation for mediation.

     DATED:  May ___12___, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge